IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SHAREE HALL, ) | No. C 12-0384 JSW (PR) |
| ) | |
| Plaintiff. ) | **ORDER OF DISMISSAL** |
| ) | |
| _____ ) | |

This case was opened when Plaintiff, an inmate in the Santa Rita County Jail, based upon a letter she wrote to the Honorable Richard Seeborg complaining of the performance of her counsel in a criminal proceeding before him (Case No. CR 11-00113 RS). Plaintiff was notified by the Clerk that she needed to file either a civil complaint or habeas petition in order for her case to proceed. She has responded in a letter stating that she does not want to proceed with a civil action, and that she simply wanted to file a habeas petition regarding the criminal proceeding pending before Judge Seeborg. The proper avenue for doing so is to file a motion under 28 U.S.C. § 2255 in her criminal action before Judge Seeborg. As it is clear from the letters from Plaintiff that she did not intend to open a new case, this case is DISMISSED and the Clerk shall enter judgment and close the file. The Clerk shall also file the letters from Plaintiff in this case (docket numbers 1 and 4) in Plaintiff's criminal case, No. CR 11-00113 RS.

IT IS SO ORDERED.

DATED: April 4, 2012

*[signature]*
_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SHAREE HALL,<br><br>　　　　Plaintiff,<br><br><br>　　　　　　　Defendant.　　　　／ | Case Number: CV12-00384 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharee Hall ULT616
Santa Rita Jail
24W/F/8
5325 Broder Blvd.
Dublin, CA 94538

Dated: April 4, 2012

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk